ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            brett.coombs@akerman.com

*Attorneys for Plaintiff*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC. | Case No.: 2:15-cv-01320-GMN-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| SHADOW HILLS MASTER ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **Nationstar** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

/ /

/ /

/ /

/ /

{39491555;1}

1

Akerman LLP will continue to represent **Nationstar** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 12th day of September, 2016.

          **AKERMAN LLP**

          */s/ Brett M. Coombs*
          ARIEL E. STERN, ESQ.
          Nevada Bar No. 8276
          BRETT M. COOMBS, ESQ.
          Nevada Bar No. 12570
          AKERMAN LLP
          1160 Town Center Drive, Suite 330
          Las Vegas, NV 89144
          Telephone:  (702) 634-5000
          Facsimile:  (702) 380-8572
          Email:  ariel.stern@akerman.com
                    brett.coombs@akerman.com

          *Attorneys for Plaintiff Nationstar Mortgage LLC*

## **COURT APPROVAL**

IT IS SO ORDERED.

Dated this 14th day of September, 2016

          _____
          UNITED STATES MAGISTRATE JUDGE

{39491555;1}　　　　　　　2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 12th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, in the following manner:

(**Electronic Service**)   Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Thomas E. McGrath
Robinson & Wood, Inc.
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123

*Attorneys for Defendant*
*Shadow Hills Master Association*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carla Llarena
　　　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{39491555;1}