ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.<br><br>  Plaintiff,<br>vs.<br><br>SHADOW HILLS MASTER ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:15-cv-01320-GMN-PAL<br><br>**JOINT STATUS REPORT** |

Nationstar Mortgage LLC (**Nationstar**), and Shadow Hills Master Association (**HOA**), by and through their counsel of record, being the only parties to have appeared in this mater, hereby file this joint status report pursuant to this court's August 16, 2016 minute entry, ECF No. 23.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{39527695;2}                                           1

Nationstar and the HOA have reached a settlement which was approved by the HOA's board. The settlement agreement, however, cannot be fully executed by the parties until the current tenant of the property vacates on or before October 31, 2015.  Accordingly, the parties respectfully request a 60-day extension, to November 14, 2016, to file their stipulation of dismissal or an updated status report.

Dated this 15th day of September, 2016.

| AKERMAN LLP | TYSON & MENDES LLP |
|---|---|
| /s/ Brett M. Coombs | /s/ Thomas E. McGrath |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>BRETT M. COOMBS, ESQ.<br>Nevada Bar No. 12570<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | THOMAS E. MCGRATH, ESQ.<br>Nevada Bar No. 7086<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, NV 89123<br><br>*Attorneys for Defendant Shadow Hills Master Association* |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | |

**IT IS SO ORDERED.**  Good cause exists to continue the deadline to file a stipulation for dismissal of this action for 60 days.  No later than November 14, 2016, the parties shall file a stipulation for dismissal of this action or a status report advising the Court as to the anticipated date that such a stipulation will be filed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2016